# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jorge Campos

                        Plaintiff,

v.                                              Case No.: 1:17−cv−02644
                                              Honorable Joan H. Lefkow

Titanium Insulation, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing and motion hearing of 10/17/2017 stricken. Joint motion to approve settlement and dismiss case [21] is granted. The Court approves the Settlement. Case dismissed with prejudice with each party to bear their own attorneys' fees and costs. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.